No. 93–1257. CATLETT *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93–1258. WILLIS *v.* DEBRUYN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1262. TIEMEYER ET AL. *v.* COMMUNITY MUTUAL INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1263. BERNARD *v.* CONNICK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS NEW ORLEANS DISTRICT ATTORNEY. C. A. 5th Cir. Certiorari denied.

No. 93–1264. COWAN *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 93–1266. CASADOS ET AL. *v.* CITY AND COUNTY OF DENVER, COLORADO, ET AL. Sup. Ct. Colo. Certiorari denied.

No. 93–1268. NEW MEXICO ENVIRONMENT DEPARTMENT *v.* FRANCO, SUCCESSOR TRUSTEE FOR THE ESTATE OF L. F. JENNINGS OIL CO. C. A. 10th Cir. Certiorari denied.

No. 93–1269. YOUNG IN HONG *v.* CHILDREN'S MEMORIAL HOSPITAL. C. A. 7th Cir. Certiorari denied.

No. 93–1270. CALIFORNIA *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (PARR ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 93–1273. YOUNGER *v.* YOUNGER. Super. Ct. Ga., Chatham County. Certiorari denied.

No. 93–1274. KAGAN *v.* EL SAN HOTEL & CASINO ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–1288. ELLENBECKER, SECRETARY, SOUTH DAKOTA DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* HOWE ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–1289. ROGERS *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.